IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THERESA TERRY,

        Plaintiff,        CV-06-1794-ST

v.        JUDGMENT

MICHAEL J. ASTRUE, Commissioner, Social Security,

        Defendant.

STEWART, Magistrate Judge:

    Based on the record, the Commissioner's final decision is AFFIRMED and this case is DISMISSED.

    DATED this 7th day of July, 2008.

        /s/ Janice M. Stewart_____
        Janice M. Stewart
        United States Magistrate Judge

1 - JUDGMENT